# PACKING LIST

## Alfa company s.a
*Calle Ita Ybate*
*Casi adrian Jara*
*Ciudad del este - Paraguay*

| Invoice N* | Description | Cant/Cj | Box | Total/psc | Price | Total |
|---|---|---|---|---|---|---|
| 70386759-0 | Printer hp c3180 | 1 | 142 | 142 | 49.21 | 6,987.82 |
| 91986 | Home reciever Pioneer | 1 | 12 | 12 | 336.60 | 4,039.20 |
| 91986 | Home DVD Player | 1 | 170 | 170 | 74.00 | 12,580.00 |
| 76714 | Playstation Sony SCPH-79001 | 5 | 224 | 1120 | 130.50 | 146,160.00 |
| 76748 | Playstation Sony SCPH-79001 SS | 5 | 224 | 1120 | 128.00 | 143,360.00 |
| 76803 | Playstation Sony SCPH-77001 Ref | 4 | 280 | 1120 | 125.00 | 140,000.00 |
| 76749 | Premium System X360 Hw | 2 | 216 | 432 | 343.00 | 148,176.00 |
| 2007750 | Cd player pioneer DEH-2950 MP3 | 6 | 20 | 120 | 74.20 | 8,904.00 |
| 2007750 | DVD player pioneer AVH-P9450 DVD | 2 | 55 | 110 | 492.58 | 54,183.80 |
| 2007750 | CD player Sony CDX-GT360 MP3 | 4 | 25 | 100 | 59.99 | 5,999.00 |
| 2007750 | CD player Sony CDX-GT460US MP3 | 4 | 15 | 60 | 92.07 | 5,524.20 |
| 2007750 | CD player Sony CDX-GT660 MP3 | 4 | 12 | 48 | 106.00 | 5,088.00 |
| 199702 | Playstation Sony SCPH-79001 | 5 | 200 | 1000 | 131.00 | 131,000.00 |
| 3-033856801 | PowerLite S5+800x600 Epson Proyector | 1 | 40 | 40 | 515.00 | 20,600.00 |
| 2007751 | Cd player pioneer DEH-2950 MP3 | 6 | 24 | 144 | 62.20 | 8,956.80 |
| 2007751 | Cd player pioneer DEH-3950 MP3 | 6 | 11 | 66 | 72.37 | 4,776.42 |
| 2007751 | CD player Sony CDX-GT460US MP3 | 4 | 12 | 48 | 72.00 | 3,456.00 |
| 2007751 | CD player Sony CDX-GT660 MP3 | 4 | 3 | 12 | 85.00 | 1,020.00 |
| 20214 | Hard Disk Samsung 160GB/7200 rpm | 20 | 17 | 340 | 46.50 | 15,810.00 |
| 6813854 | Hard Disk Maxtor 80GB/7200 rpm | 20 | 4 | 80 | 36.00 | 2,880.00 |

*Container N*: TCNU-923772-4*
*Total Ctns:   1706 Ctns*

| Total Valor : | 869,501.24 |
|---|---|

# Invoice 91986

Customer MCE6



**DIPLOMAT TRADING INC.**
8690 N.W. 24th TERRACE
MIAMI FL 33172

Telephone: 305/594-0437    Fax: 305 594-1054

Bill To:
MUNDI CENTER
RUA SANTA IFIGENIA, 342
SANTA IFIGENIA
SAO PAULO,
BRAZIL

Ship To:
MUNDI CENTER
C/O INTERNATIONAL TRANPORT
7007 N.W. 30 ST
MIAMI, FL
TEL: 718-9630

| Date | Ship Via | F.O.B | Terms |
|---|---|---|---|
| 10/12/07 | D.T.I. | Origin | C.O.D. |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| Verbal | 10/04/07 | AA | 78202 |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 12 | 12 | 0 | PI-VSX1017TXVK | HOME RECEIVER | N | 336.600 | 4039.20 |
| 170 | 170 | 0 | PI-DV400VK | HOME DVD PLAYER | N | 74.000 | 12580.00 |

|  |  |
|---|---|
| NonTaxable Subtotal | 16619.20 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 16619.20 |

E-MAIL ADDRESS: diplomat@diplomat1.com

VISIT OUR WEB PAGE!!!  www.diplomattrading.com

Customer Original                    Page    1

UNAUTHORIZED RETURNS WILL NOT BE ACCEPTED - RETURNS MAY BE SUBJECT TO A RESTOCKING CHARGE - DO NOT RETURN GOODS OUT OF WARRANTY - CLAIMS MUST BE FILED WITHIN 10 DAYS FROM DATE OF INVOICE - INVOICES OVER 30 DAYS ARE SUBJECT TO A 1.5% MONTHLY CHARGE.



1204-A ZARAGOZA
LAREDO, TEXAS 78040
ABOUT TIME INC. (956) 723-1198 FAX (956) 723-7663

INVOICE NO.  76714

# INVOICE

ACCT NO  BU5149
SOLD TO  BETA TRADING S.A. - HUSSEIN
CALLE ITA YBATE
CASI AVENIDA ADRIAN JARA
SHOPPING CATARATAS, OFFCINA 201
CIUDAD DEL ESTE, PARAGUAY
PARAGUAY

SHIP TO  BETA TRADING S.A. - HUSSEIN
C/O IIN
MIAMI, FL 33122

UNITED STATES OF AMERICA

| SALES NO | PURCHASE ORDER NO. | SHIP VIA | COL | PPD | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| LIL | | DELIVER BY KORR | | | 10/05/07 | CIA-CASH IN ADVAN | 10/05/07 |

| QTY ORDERED | QTY SHIPPED | BACK ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1120 | 1120 | 0 | 711719770107 | PS2HW PS2 SYSTEM 70001 | 130.50 | 146160.00 |

| | |
|---|---|
| SALES/MDSE | 146160.00 |
| FREIGHT/MISC | .00 |
| SALES TAX | .00 |
| TOTAL | 146160.00 |

Returns (for retail sales only) will only be accepted within 7 days after purchase and all goods returned must be accompanied with the purchase invoice and must be in their original packaging. Damaged and missing goods must be reported within 24 hours of being received.

Las devoluciones (en ventas de menudeo) seran aceptadas solamente dentro de los 7 dias despues de la fecha de compra y toda la mercancia devuelta debera ser acompañada de su factura y en su empaque original. La mercancia dañada o faltante debera ser reportada antes de 24 horas de haber sido recibida.

*Thank You*

Oct-11-2007 10:10 From:About Time, Inc.

**AJI**
1204-A ZARAGOZA
LAREDO, TEXAS 78040
ABOUT TIME INC. (956) 723-1198 FAX (956) 723-7663

INVOICE NO. 76748

# INVOICE

ACCT NO BD2149
SOLD TO  BETA TRADING S.A. - HUSSEIN
CALLE ITA YBATE
CASI AVENIDA ADRIAN JARA
SHOPPING CATARATAS, OFECINA 201
CIUDAD DEL ESTE, PARAGUAY
PARAGUAY

SHIP TO  BETA TRADING S.A. - HUSSEIN
C/O ITN
MIAMI, FL 33122

UNITED STATES OF AMERICA

| SALES NO. | PURCHASE ORDER NO. | SHIP VIA | COL | PPD | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| | LIL | DELIVER BY MORR | | | 10/09/07 | CIA=CASH IN ADVAN | 10/09/07 |

| QTY ORDERED | QTY SHIPPED | QTY B/ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1120 | 1120 | 0 | 711719770505 | PS2HW PS2 SYSTEM 79001SS SATIN SILVER | 128.00 | 143360.00 |

Returns (for retail sales only) will only be accepted within 7 days after purchase and all goods returned must be accompanied with the purchase invoice and must be in their original packaging. Damaged and missing goods must be reported within 24 hours of being received.

Las devoluciones (en ventas de menudeo) seran aceptadas solamente dentro de los 7 dias despues de la fecha de compra y toda la mercancia devuelta debera ser acompañada de su factura y en su empaque original. La mercancia dañada o faltante debera ser reportada antes de 24 horas de haber sido recibida.

*Thank You*

| SA-AMOUNT | 143360.00 |
|---|---|
| | .00 |
| | .00 |
| TOTAL | 143360.00 |



|  | 1204-A ZARAGOZA |
|---|---|
| ATI | LAREDO, TEXAS 78040 |
|  | ABOUT TIME INC. (956) 723-1198 FAX (956) 723-7663 |

INVOICE NO. 70865

# INVOICE

| ACCT NO | BD0109 |
| SOLD TO | BETA TRADING S.A. - HUSSEIN |
|  | CALLE ITA YBATE |
|  | CASI AVENIDA ADRIAN JARA |
|  | SHOPPING CATARATAS, OFECINA 201 |
|  | CIUDAD DEL ESTE, PARAGUAY |
|  | PARAGUAY |

| SHIP TO | BETA TRADING S.A. - HUSSEIN |
|  | C/O ITN |
|  | MIAMI, FL 33122 |
|  |  |
|  | UNITED STATES OF AMERICA |

| SALES NO. | PURCHASE ORDER NO. | SHIP VIA | COL | PPD | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|---|
|  | LIL |  DELIVER BY NORR |  |  | 10/11/07 | CIA-CASH IN ADVAN | 10/11/07 |

| QTY ORDERED | QTY SHIPPED | MARK ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1120 | 1120 |  | 8 711719730804 | PS2HW PS2 REFURB 77001 | 125.00 | 140000.00 |

Returns (for retail sales only) will only be accepted within 7 days after purchase and all goods returned must be accompanied with the purchase invoice and must be in their original packaging. Damaged and missing goods must be reported within 24 hours of being received.

Las devoluciones (por ventas al menudeo) serán aceptadas solamente dentro de los 7 días después de la fecha de compra y toda la mercancía devuelta deberá ser acompañada de su factura y en su empaque original. La mercancía dañada o faltante deberá ser reportada antes de 24 horas de haber sido recibida.

*Thank You*

| SALE AMOUNT | 140000.00 |
|---|---|
| TAXABLE TOTAL SALES TAX FREIGHT | .00 .00 |
| TOTAL | 140000.00 |



**1204-A ZARAGOZA**
**LAREDO, TEXAS 78040**
ABOUT TIME INC. (956) 723-1198 FAX (956) 723-7663

INVOICE NO 76749

# INVOICE

ACCT NO  BD0149
SOLD TO  BETA TRADING S.A. - HUSSEIN
CALLE ITA YBATE
CASI AVENIDA ADRIAN JARA
SHOPPING CATARATAS, OFICINA 201
CIUDAD DEL ESTE, PARAGUAY
PARAGUAY

SHIP TO: BETA TRADING S.A. - HUSSEIN
C/O ITN
MIAMI, FL 33122

UNITED STATES OF AMERICA

| SALES NO. | PURCHASE ORDER NO. | SHIP VIA | COL | PPD | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| | LIL | DELIVER BY MORR | | | 10/09/07 | CIA-CASH IN ADVAN | 10/09/07 |

| QTY ORDERED | QTY SHIPPED | BACK ORDERED | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 432 | 432 | 0 | 882224380751 | X360HW X360 PREMIUM SYSTEM NE ITEM # B4J-00107 | 343.00 | 148176.00 |

Returns (for retail sales only) will only be accepted within 7 days after purchase and all goods returned must be accompanied with the purchase invoice and must be in their original packaging. Damaged and missing goods must be reported within 24 hours of being received.

Las devoluciones (en ventas de menudeo) seran aceptadas solamente dentro de los 7 dias despues de la fecha de compra y toda la mercancia devuelta deberá ser acompañada por su factura y su empaque original. La mercancia dañada o faltante deberá ser reportada antes de 24 horas de haber sido recibida.

*Thank You*

| SUB-AMOUNT | 148176.00 |
| TAXABLE TOTAL | .00 |
| | .00 |
| TOTAL | 148176.00 |

TOKYO TRADING CORP

2315 N.W.107th AVENUE
MIAMI , FL 33172 USA

invoice  **2007751**

Customer : 59523

Date : 9/30/07

Bill To:
Beta Trading
Ciudad del este , Paraguay

Ship To:
Beta Trading /ITN/Paz International
Ciudad del este , Paraguay

| Date | F.O.B | TERMS | OTHER CONDITIONS | |
|---|---|---|---|---|
| 9/302007 | MIAMI | PREPAID | ex-works | |
| Purchase Order N | Order Date | Salesperson | Our Order Number | |
| VERVAL | 9/292007 | GM | 5647 | |
| Verbal | | | | |
| | Item Number | Description | Unit Price | Total Amount |
| 144 | DEH-2950MP | Pioneer CD PLAYER | $ 62.20 | $ 8,956.80 |
| 66 | DEH-P3950MP | Pioneer CD PLAYER | 72.37 | $ 4,776.42 |
| 48 | CDX-GT460US | Sony CD PLAYER | 72.00 | $ 3,456.00 |
| 12 | CDX-GT660 | Sony CD PLAYER | 85.00 | $ 1,020.00 |

NAVIERA :C.S.AV.
Buque : San Nicolas /salida :10/15/07
Booking # :F PCD7180957
Total : 50 cartones / 270 piezas
INTERMEDIARIO ITN;TEL:(786)437-7642 FAX:(786)437-7657
No. de recibo de ltn:0115751

Sub-Total         $  18,209.22
Other Charges     $     180.00
Taxable Sub-Total

CUSTOMER ORIGINAL        TOTAL     $  18,389.22

10-16 44th Drive
Long Island City
NEW YORK, NY 11101

*1155*

DATE 10/10/2007

| BILL TO: | SHIP TO: |
|---|---|
| BETA TRADING S.A.<br>AVENIDA ADRIAN JARA<br>CIUDAD DEL ESTE<br>PARAGUAY | BETA TRADING S.A.<br>C/O ITN CONSOLIDATORS<br>3401-B N.W. 72ND AVENUE<br>MIAMI, FL 33122 |

| PO Number | N/A | Order Number | 199702 |
|---|---|---|---|
| Salesperson | ANGELO | Payment Terms | WIRE TRANSFER |
| Ship Via | TRUCK | Tracking Number | N/A |

| ITEM | QTY. | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 1000 | GAMING DEVICES | 131,00 | 131000,00 |
| 2 | | | | |
| 3 | | | | |
| ... | | | | |
| 37 | | | | |

Subtotal: 131000,00
Tax:
Shipping & Handling:
Previous Balance:
Credit:
**TOTAL** $ 131.000,00

TOKYO TRADING CORP.
1315 N.W. 107th AVENUE
BOX 18
MIAMI, FL 33172 USA
Telephone: 305/715-9935

Bill To:

BETA TRADING S.A.
SHOPPING CATARATAS
CIUDAD DEL ESTE
PARAGUAY

Ship To:

BETA TRADING S.A.
SHOPPING CATARATAS
CIUDAD DEL ESTE
PARAGUAY

| Date | Ship Via | F.O.B. | | Terms | |
|---|---|---|---|---|---|
| 09/30/07 | UPS | Origin | | Prepaid | |
| Purchase Order Number | | Order Date | Salesperson | Our Order Number | |
| Verbal | | 09/29/07 | GM | 5648 | |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | |
| 120 | 120 25 | 0 | DEH-2950MP | PIONEER CD PLAYER MP3(CH) | N | 74.20 | 8904.00 |
| 110 | 110 55 | 0 | AVH-P4950DVD | PIONEER DVD,CD,MONITOR (JAPAN) | N | 492.58 | 54183.80 |
| 100 | 100 25 | 0 | CDX-GT360 | SONY CD PLAYER MP3 | N | 69.99 | 6999.00 |
| 60 | 60 15 | 0 | CDX-GT460US | SONY CD PLAYER MP3 - USB | N | 92.07 | 5524.20 |
| 48 | 48 12 | 0 | CDX-GT660 | SONY CD PLAYER MP3-USB (TH) | N | 106.00 | 5088.00 |

NAVIERA: CSAV
BUQUE: CAP SAN NICOLAS / SALIDA: 10/15/07
BOOKING #:PCD7180987 / DESTINO: SANTOS BR
TOTAL: 127 CARTONES / 438 PIEZAS
INTERMEDIARIO: ITN / CONTACTO: MONICA / MARIBEL
PHONE: 786-437-7594  FAX: 786-437-7655

| | |
|---|---|
| Shipping Subtotal | 180.00 |
| NonTaxable Subtotal | 80699.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 80879.00 |

Customer Original                Page    1



**ASI Computer Technologies**
8100 NW 21st Street - Miami, FL 33122
Tel (305) 715-1100 - Fax (305) 715-1112

Customer: 74280
Branch: 2416
Order Number: **6778955**
Invoice Date: 7/18/07
Invoice Number: **6813854**

**Ship To:**
ALFA COMPANY,SA
AVE ADRIAN JARA Y TABATE,EDIF
SHOPPING CATARATAS, OF 201
CIUDAD DEL ESTE ,

**Bill To:**
ALFA COMPANY,SA
AVE ADRIAN JARA Y TABATE,EDIF
SHOPPING CATARATAS, OF 201
CIUDAD DEL ESTE ,

| Customer PO | Shipping Instructions | Special Instructions |
|---|---|---|
| | Trucking | -- |

| Net Terms | Due Date |
|---|---|
| N30 | 8/17/07 |

| Order Total w/ Tax | Sales Tax Rate |
|---|---|
| $278,555.25 | $0.00 |

| Qty Ord | Qty B/O | Order Date | Sku Num | Description | MPN | Vendor | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| -1 | 0 | 7/17/07 | 20000 | MAX PC | 20000 | MAX | $4,383.75 | ($4,383.75) |
| -1169 | 0 | 7/17/07 | 34456 | BD SEA sku#54622/61219/54623 | 34456 | SEA | $5.50 | ($6,429.50) |
| 1169 | 0 | 7/17/07 | 61219 | MAX 160G PA DS 72 STM3160215A | STM3160215A | MAX | $52.50 43.25 | $61,372.5 |
| 284 | 0 | 7/17/07 | 59011 | +LG LCD 19"W L192Ws-BN 5ms BLK | L192WS-BN+ | 9LG | $169.00 | $47,996.0 |
| -1 | 0 | 7/17/07 | 20000 | MAX PC | 20000 | MAX | $22,500.00 | ($22,500.00) |
| -5000 | 0 | 7/17/07 | 25628 | BD MAX 80G S3 DS 72 STM38021 | 25628 | SEA | $0.50 | ($2,500.00) |
| 5000 | 0 | 7/17/07 | 53693 | MAX 80G S3 DS 72 STM380211AS | STM380211AS | MAX 36 | $41.00 | $205,000.0 |

Grand Total (w/ tax): $278,555.25

E-mail Salesperson

**Terms and Conditions**

4 x 20.00 x 36 = 2880.

310.69

https://www.asipartner.com/partneraccess/GetOrderDetails.asp?on=6778955&shid=74280        8/20/2007

# STAR Computer Group

3600 NW 114 Ave. Suite A, MIAMI, FLORIDA 33178
TELEPHONE: (305) 471.6101 - FAX: (305) 471.6133

**INVOICE** 20218

| DATE | DUE DATE |
|---|---|
| 06/22/2007 | 09/21/2007 |

**SOLD TO**
ALFA COMPANY SA
CALLE ITS YBATE / AV. ADRIAN JARA
SHOPPING CATARATAS OF. 201
CIUDAD DEL ESTE, PARAGUAY

PHONE: 595-61-511-300   FAX: 595-61-530-557

**SHIP TO**
TN CONSOLIDATORS
Julian Toro - 305-718-9530

| COMMENTS | | | | | SHIP VIA | PAGE |
|---|---|---|---|---|---|---|
| CUSTOMER Nº | CUSTOMER P/O | SALESPERSON | TERMS | CURRENCY | CUSTOMER PICK | 1/1 |
| 697288 | | GERENCIA | NET30 | US$ | | |

| P/N | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| HD160HJ | Hard Drive Samsung 160GB/7200RPM Serial ATA (3.0Gbps) with Native | 4,000.00 | 46.50 | 186,000.00 |
| HD250HJ | Hard Drive Samsung 250GB/7200RPM Serial ATA II 8Mb | 960.00 | 58.25 | 55,920.00 |

*handwritten: 17x20 =1340 x46.50 = 5,810.*

| | |
|---|---|
| TOTAL AMOUNT | 241,920.00 |
| DISCOUNT % | 0.00 |
| OTHER CHARGES | 0.00 |
| TAX | 0.00 |
| FREIGHT | 0.00 |
| TOTAL INVOICE | 241,920.00 |

☐ Paid  ☒ AR
Ck#
Cashier

001780

CUSTOMER



**SED INTERNATIONAL, INC.**
4916 N. ROYAL ATLANTA DRIVE
P.O. BOX 105044
TUCKER, GEORGIA 30085-5044

NATIONALLY 1-800-444-8962

METRO ATLANTA (770) 491-8962

*You may be subject to an administrative charge, which will be applied periodically to all accounts that participate in the Company's various credit programs. This charge, which varies in amount, covers a portion of the expense of extending credit to customers, restocking returned goods to the warehouse, late payments, and other administrative expenses incurred by the Company.*

| INVOICE NO. | INVOICE DATE |
|---|---|
| 3-033856801 | 10/17/07 |
| CUSTOMER NO. | PAGE |
| 125697A | 1 |

**BILL TO**

ALFA COMPANY S A
CALLE ITA YBATE C/ADRIAN JARA
SHOPPING CATARATAS 2 PISO
CUIDAD DEL ESTE, .. 00000
Paraguay

**SHIP TO**

INTERNATIONAL TRANSPORTATION NETWORK
3401-B NW 72 AVENUE     786-437-7642
ATTN: MONICA / KOROLAY  786-437-7594
MIAMI FL 33122

| CUSTOMER ORDER NO. | DATE SHIPPED | SHIPPED VIA | SMN | ORDER NO. | TERMS |
|---|---|---|---|---|---|
| mensager | 10/17/07 | FREIGHT FORWARDER | T7U | 3-0338568 | NET 30 |

| MODEL NO. | DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDER | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| EPNV11H252EXP | POWERLITE S5+ 800X600 2, | 40 | 40 | 0 | 515.00 | 20,600.00 |

**SPECIAL INSTRUCTIONS:**
Pioneer Optical Drives Take DVD writing to a new level!

| | |
|---|---|
| SUBTOTAL | 20,600.00 |
| TAX | 0.00 |
| SHIPPING & HANDLING | 0.00 |
| | 0.00 |
| **INVOICE TOTAL** | $ 20,600.00 USD |

Claims must be made within 2 days of receipt of goods. No returns will be accepted without prior authorization, and returns must be made within 30 days unless SED INTERNATIONAL, INC. agrees otherwise in writing. Any credits issued will be at purchase price or market value at time of return receipt, whichever is lower. Payment must be received by SED INTERNATIONAL, INC. within thirty days of your receipt of Invoice, unless other terms are specified above. SED INTERNATIONAL, INC. retains the security interest in all the goods shipped hereunder until this invoice is paid in full, and upon demand you must ship all secured goods back to SED INTERNATIONAL, INC. All unpaid balances are subject to a finance charge of 1.5% per month from date of invoice if not paid on time. If the amount due SED INTERNATIONAL, INC. must be collected by or through an attorney, you agree to pay 15% of the total due as attorney's fees.